UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.

ROLANDO CASTILLA,
An individual,

        Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA, a corporation,

        Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, National Union Fire Insurance Company of Pittsburgh, Pennsylvania ("NUFIC") pursuant to 28 U.S.C. §1441 and §1446, removes this action to the United States District Court for the Southern District of Florida, Ft. Lauderdale Division, and in support hereof states:

1. This action is removed to the U.S. District Court, Southern District of Florida, Ft. Lauderdale Division, on the basis that this Court has original jurisdiction of this action based upon diversity of citizenship of the parties and the requisite jurisdictional amount in controversy, pursuant to 28 U.S.C. §1332(a)(1).

2. This action was originally filed in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, and styled <u>Rolando Castilla, Plaintiff v. National Union Fire Insurance Company of Pittsburgh, Pennsylvania, a corporation, Defendant</u>, Case No. CACE 11015373.

3. This Notice of Removal is being filed within thirty (30) days after service of the Complaint herein on NUFIC, which was served on August 23, 2011, and therefore is timely removed. 28 U.S.C. §1446(b).

4. Defendant is a Pennsylvania corporation with its principal place of business in New York, New York.

5. Plaintiff is a citizen of the State of Florida.

6. The amount in controversy exceeds $75,000.00, exclusive of interest and cost. See Complaint ¶ 18.

7. Pursuant to 28 U.S.C. §§ 1446 and 1447, copies of all process, documents, orders, and pleadings served by and upon the parties, and all papers now on file in the State Court action, are contemporaneously filed herewith.

8. A copy of this Notice of Removal has been filed with the State Court.

**HOLLAND & KNIGHT LLP**

/s Jennifer A. Mansfield
Jennifer A. Mansfield
Florida Bar No. 0186724
50 North Laura Street
Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872
timothy.conner@hklaw.com
Jennifer.mansfield@hkaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served via U.S. Mail this 22nd day of September, 2011, on the following:

Leonard Feuer
Leonard Feuer, PA
301 Clematis Street, Suite 3000
West Palm Beach, FL 33401-4609
lfeuer@feuerlawfirm.com

Robert Andrew Kerr
Kerr Law, PC
P.O. Box 211006
Augusta, GA 30917
Robert@kerrlawpc.com

/s Jennifer A. Mansfield
Attorney