UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:11-cv-62086-JIC

ROLANDO CASTILLA,
an individual,

       Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA, a corporation,

       Defendant.
_____/

## JOINT SCHEDULING STATEMENT

Plaintiff, Rolando Castilla, and Defendant, National Union Fire Insurance Company of Pittsburgh, Pennsylvania, pursuant to Local Rule 16.1 and the Court's Order Setting Scheduling Conference [Dkt. 8], file this joint statement certifying that, on October 7, 2011, counsel for Plaintiff and Defendant conferred in good faith about all matters required by the Court's Order.

Pursuant to agreements reached during the conference on October 7, 2011, Plaintiff and Defendant jointly propose the following case management deadlines:

| | |
|---|---|
| Rule 26 Initial Disclosures | October 17, 2011 |
| Deadline to Amend Pleadings/add parties | October 31, 2011 |
| Rule 26 Expert Witness Disclosures for Plaintiff | December 16, 2011 |
| Rule 26 Expert Witness Disclosures for Defendant | January 17, 2012 |
| Last day to propound discovery | January 13, 2012 |
| Discovery cutoff | February 14, 2012 |

#10666416_v1

Motions for Summary Judgment ................................................................... March 15, 2012

Complete mediation ....................................................................................... April 16, 2012

The parties are exploring the possibility of settlement, but cannot speculate as to whether settlement is likely.  The plan for discovery, including initial disclosures, are demonstrated by the dates proposed above.  The parties anticipate exchanging paper documents, and thus do not anticipate any preservation issues.  Likewise, the parties do not anticipate the need for a confidentiality order at this time, but if the need arises they are confident they will be able to negotiate appropriate terms.  The parties do not consent to trial before a United States Magistrate Judge.

|  | **HOLLAND & KNIGHT LLP** |
|---|---|
| *s/Robert Andrew Kerr* | *s/John R. Chapman III* |
| Robert Andrew Kerr | Timothy J. Conner |
| Kerr Law, PC | Florida Bar No. 767580 |
| P.O. Box 211006 | Jennifer A. Mansfield, Esq. |
| Augusta, GA 30917 | Florida Bar No. 0186724 |
| robert@kerrlawpc.com | 50 North Laura Street |
|  | Suite 3900 |
| Leonard Feuer | Jacksonville, Florida  32202 |
| Leonard Feuer, PA | Telephone:  (904) 353-2000 |
| 301 Clematis Street, Suite 3000 | Facsimile:  (904) 358-1872 |
| West Palm Beach, FL 33401-4609 | timothy.conner@hklaw.com |
| lfeuer@feuerlawfirm.com | jennifer.mansfield@hklaw.com |
| *Attorneys for Plaintiff* | John Richard Chapman III |
|  | Florida Bar No. 0047682 |
|  | 515 East Las Olas Boulevard, Suite 1200 |
|  | Fort Lauderdale, FL 33301 |
|  | Telephone: (954) 525-1000 |
|  | Facsimile: (954) 463-2030 |
|  | john.chapman@hklaw.com |
|  | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served via the Court's CM/ECF system this 11th day of October, 2011, on the following:

Robert Andrew Kerr
Kerr Law, PC
P.O. Box 211006
Augusta, GA 30917
robert@kerrlawpc.com

Leonard Feuer
Leonard Feuer, PA
301 Clematis Street, Suite 3000
West Palm Beach, FL 33401-4609
lfeuer@feuerlawfirm.com

                                          By: *s/John R. Chapman III*
                                                  John R. Chapman III

#10666416_v1