UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:11-cv-62086-JIC

ROLANDO CASTILLA,
an individual,

       Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA, a corporation,

       Defendant.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO AMEND COMPLAINT**

Defendant ("NUFIC") seeks to dismiss this case claiming that it is unable to determine Mr. Castilla has not indentified those certificates that have been breached by NUFIC. NUFIC also asks that Mr. Castilla file an amended complaint alleging which of the certificates of coverage have been breached. Accordingly, Mr. Castilla has attached as an exhibit to this Response and submitted via CM/ECF an amended complaint detailing those certificates that have been breached by NUFIC.

**MEMORANDUM OF LAW**

Under Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave." Here, in its Motion to Dismiss, NUFIC appears to have consented to the Plaintiff's filing of an amended complaint, having

specifically asked this Court that the Plaintiff do so. Additionally, "The court should freely give leave [to amend the complaint] when justice so requires."

Alternatively, Plaintiff argues that the Complaint as submitted is sufficient to allow NUFIC to determine which Certificate it has breached, i.e. all of them. Plaintiff's Complaint consists of "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). The submitted complaint alleges that the Defendant issued the policies and certificates in controversy. *See* Complaint at ¶ 6. The Plaintiff then alleges that he suffered an injury that entitled him to benefits under the policies and certificates. *See* Complaint at ¶¶ 9, 10, 11, 12. Thus, Plaintiff alleged in his complaint that Defendant issued the policies and certificates in controversy, that he met the terms of the policies and certificates, and that Defendant breached the policies and certificates by failing to make payments according to their terms. A more simple statement of a breach of contract could not be had.

Defendant has asked that Plaintiff file an amended complaint specifying in separate counts those certificates that NUFIC has breached. Accordingly, Plaintiff requests that this court dismiss Defendant's Motion to Dismiss and allow him to submit an amended complaint such that Defendant is in a position to adequately respond to the allegations of the Complaint or accept the Complaint as filed.

                **KERR LAW, P.C.**

                /s Robert Andrew Kerr
                Robert Andrew Kerr, Esq.
                Florida Bar No. 48761
                P.O. Box 211006
                Augusta, GA  30917
                Telephone:   (706) 564-7243
                Facsimile:    (706) 262-4426
                Robert@KerrLawPC.Com

                                                                    Leonard Feuer, Esq.
Leonard Feuer, P.A.
301 Clematis Street
Suite 3000
West Palm Beach, FL  33401-4609
Telephone:     (561) 659-1360
Facsimile:      (561) 249-4100
LFeuer@FeuerLawFirm.Com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served via the Court's CM/ECF system this 13th day of October, 2011, on the following:

Jennifer A. Mansfield, Esq.
50 North Laura Street
Suite 3900
Jacksonville, FL  32202
Jennifer.Mansfield@hklaw.com

Timothy J. Conner
Holland & Knight
50 North Laura Street
Suite 3900
Jacksonville, FL 32201
timothy.conner@hklaw.com

                                                        /s Robert Andrew Kerr
                                                        Attorney