UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62086-CIV-COHN/SELTZER

ROLANDO CASTILLA,
an individual,

       Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH
PENNSYLVANIA, a corporation,

       Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S REQUEST TO AMEND COMPLAINT AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS

**THIS CAUSE** is before the Court on Defendant National Union Fire Insurance Company of Pittsburgh Pennsylvania's Motion to Dismiss [DE 9] and Plaintiff Rolando Castilla's request to amend his Complaint [DE 13]. The Court has considered the Motion to Dismiss, Plaintiff's Response to the Motion to Dismiss and request to amend his Complaint [DE 13], Defendant's Reply [DE 20], and the record in this case, and is otherwise advised in the premises.

On July 5, 2011, Plaintiff filed this action in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. Complaint [DE 4-1]. On September 22, 2011, Defendant removed the action to this Court. Id. ¶ 1. Thereafter, on September 26, 2011, Defendant filed its Motion to Dismiss for failure to state a claim upon which relief can be granted. Defendant requests an "order dismissing the Complaint and ordering the Plaintiff to specifically identify under which Certificates and policies he intends to proceed." Mot. to Dismiss ¶ 4.

In his Response, Plaintiff seeks permission to file a First Amended Complaint [DE 18-1] in an attempt to correct the alleged deficiencies identified in the Motion to Dismiss.  In Defendant's Reply, Defendant notes that it "does not object to Plaintiff filing the proposed First Amended Complaint," Reply at 1, and requests 20 days to respond to the First Amended Complaint.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's request to amend his complaint [DE 13] is **GRANTED**;

2. Plaintiff shall file his First Amended Complaint [DE 18-1] as a separate docket entry by no later than **October 20, 2011**;

3. Defendant shall respond to the First Amended Complaint by no later than **November 7, 2011**;

4. Defendant's Motion to Dismiss [DE 9] is **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 17th day of October, 2011.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

2