UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:11-cv-62086-JIC

ROLANDO CASTILLA,
an individual,

       Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA, a corporation,

       Defendant.
_____/

## FIRST AMENDED COMPLAINT

The Plaintiff, ROLANDO CASTILLA, (hereinafter referred to as "CASTILLA") by and through his undersigned attorneys, sues the Defendant, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, (hereinafter referred to as "NATIONAL UNION") and alleges as follows:

1.    This is an action for breach of contract arising out of contracts entered into by Defendant, NATIONAL UNION, with Plaintiff, CASTILLA.

2.    The amount in controversy is in excess of $15,000, exclusive of costs, interest and attorney fees.

3.    The contracts that are the subject of this lawsuit were issued by Defendant, NATIONAL UNION, to Plaintiff, CASTILLA, in the State of Florida.

4.    At all times material hereto, the Plaintiff, CASTILLA, has been and is a resident of

Broward County, Florida and is in all respects *sui juris*.

5. The Defendant, NATIONAL UNION, is a corporation with its principal place of business in New York, and which is authorized to do and doing business in Broward County, Florida.

## FACTUAL ALLEGATIONS

6. CASTILLA purchased three insurance policies from NATIONAL UNION providing coverage for Accidental Dismemberment with certificate numbers 47722775, 47594661, and 47813025. Copies of these certificates are attached hereto as Exhibits "A," "B," and "C."

7. CASTILLA paid the premium for these policies when due.

8. CASTILLA was covered under certificate numbers 47722775, 47594661, and 47813025.

9. Under the terms of these certificates, CASTILLA is covered under the certificates and due benefits if he suffers the total and irrecoverable loss of sight in both eyes or the loss of sight in one eye within 90 days of the date of the accident that caused the injury.

10. Mr. Castilla sustained an accident on November 9, 2008, that was external to his body, unintended and unanticipated, while the certificates were in force.

11. As a result of this accident, Mr. Castilla suffered the total and irrecoverable loss of sight in both eyes, or the loss of sight in one eye, within 90 days of the date of the accident that caused the injury.

12. Mr. Castilla provided timely notice of his claim, and subsequently submitted claim forms and proof of loss to LOTSolutions.

13. Mr. Castilla has met all the terms under the certificates necessary to entitle him to benefits.

14. He is owed benefits since November 10, 2008.

## COUNT I – BREACH OF CONTRACT AS TO CERTIFICATE NUMBER 47722775

15. Plaintiff, CASTILLA, adopts, realleges, and reaffirms each and every allegation contained in paragraphs 1 through 14 of this Complaint as though fully alleged herein, and further alleges:

16. At all times material hereto, CASTILLA has complied with all conditions precedent to entitle him to disability benefits under certificate number 47722775.

17. At all times material hereto, certificate number 47722775 was in full force and effect.

18. As a direct and proximate result of such breach of contract by Defendant, NATIONAL UNION, Plaintiff, CASTILLA, has sustained damages including but not limited to:

   a. Loss of such past due policy benefits which aggregate at the time of filing this Complaint to at least $50,000.

   b. Any and all other benefits for which the Disability Policy provides;

   c. Interest on all liquidated Plan benefits;

   d. Costs;

   e. Attorney fees; and

   f. Such other and further relief as the Court deems just and proper.

## COUNT II – BREACH OF CONTRACT AS TO CERTIFICATE NUMBER 47594661

19. Plaintiff, CASTILLA, adopts, realleges, and reaffirms each and every allegation contained in paragraphs 1 through 14 of this Complaint as though fully alleged herein, and further alleges:

20. At all times material hereto, CASTILLA has complied with all conditions precedent

to entitle him to disability benefits under certificate number 47594661.

21. At all times material hereto, certificate number 47594661 was in full force and effect.

22. As a direct and proximate result of such breach of contract by Defendant, NATIONAL UNION, Plaintiff, CASTILLA, has sustained damages including but not limited to:

    a. Loss of such past due policy benefits which aggregate at the time of filing this Complaint to more than $300,000.

    b. Any and all other benefits for which the Disability Policy provides;

    c. Interest on all liquidated Plan benefits;

    d. Costs;

    e. Attorney fees; and

    f. Such other and further relief as the Court deems just and proper.

## COUNT III – BREACH OF CONTRACT AS TO CERTIFICATE NUMBER 47813025

23. Plaintiff, CASTILLA, adopts, realleges, and reaffirms each and every allegation contained in paragraphs 1 through 14 of this Complaint as though fully alleged herein, and further alleges:

24. At all times material hereto, CASTILLA has complied with all conditions precedent to entitle him to disability benefits under certificate number 47813025.

25. At all times material hereto, certificate number 47813025 was in full force and effect.

26. As a direct and proximate result of such breach of contract by Defendant, NATIONAL UNION, Plaintiff, CASTILLA, has sustained damages including but not limited to:

    a. Loss of such past due policy benefits which aggregate at the time of filing

        this Complaint to more than $250,000.

b.    Any and all other benefits for which the Disability Policy provides;

c.    Interest on all liquidated Plan benefits;

d.    Costs;

e.    Attorney fees; and

f.    Such other and further relief as the Court deems just and proper.

WHEREFORE, Plaintiff, ROLANDO CASTILLA, demands judgment for breach of contract damages against the Defendant, NATIONAL UNION, plus interest on all liquidated sums, costs and attorney fees pursuant to Florida Statute § 627.428, and demands a trial by jury on all issues so triable.

                        KERR LAW, P.C.
                        Attorneys for Plaintiff
                        P.O. Box 211006
                        Augusta, GA  30917
                        (706) 564-7243

                        /s_Robert Andrew Kerr
                        Robert Andrew Kerr
                        Florida Bar No.: 48761
                        Email: robert@kerrlawpc.com


                        Leonard Feuer, PA
                        Attorneys for Plaintiff
                        301 Clematis Street
                        Suite 3000
                        West Palm Beach, Florida  33401-4609
                        (561) 659-1360
                        Leonard Scott Feuer
                        Florida Bar No.: 501751
                        Email: lfeuer@feuerlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served via the Court's CM/ECF system this 19th day of October, 2011, on the following:

Jennifer A. Mansfield, Esq.
50 North Laura Street
Suite 3900
Jacksonville, FL  32202
Jennifer.Mansfield@hklaw.com

Timothy J. Conner
Holland & Knight
50 North Laura Street
Suite 3900
Jacksonville, FL 32201
timothy.conner@hklaw.com

/s Robert Andrew Kerr
Attorney