UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:11-cv-62086-JIC

ROLANDO CASTILLA,
an individual,

        Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA, a corporation,

        Defendant.
_____/

### PLAINTIFF'S COUNSEL'S AMENDED MOTION FOR LEAVE TO WITHDRAW AND MOTION FOR RELIEF FROM THE SCHEDULING ORDER

Pursuant to S.D. Fla. L.R. 7.1 and 11.1, and Rule 4-1.16 of the Rules Regulating the Florida Bar, Robert A. Kerr, Esq., of Kerr Law, P.C., and Leonard Feuer, Esq., of Leonard Feuer, P.A., hereby files this motion to withdraw as counsel for Plaintiff Rolando Castilla and, in support thereof, state as follows:

1. The undersigned counsel have been retained by Castilla to represent him in connection with the pursuit of disability benefits under his policies with National Union Fire Insurance Company of Pittsburgh, Pennsylvania ("NUFIC").

2. On October 12, 2011, the Court entered a Scheduling Order. The Scheduling Order has set the trial in this action for May 17, 2012, and established, among other things, deadlines for a discovery cutoff (February 14, 2012) and for dispositive pretrial motions (March 16, 2012).

3. The withdrawal of counsel requested herein will not result in any material adverse effect on the interest of Castilla.

4. The relief requested herein is warranted given issues that have arisen that would render continued representation by present counsel unreasonably difficult.

5. Castilla has been unresponsive to counsel's repeated attempts to discuss their withdrawal from his case.

**WHEREFORE**, the undersigned counsel respectfully requests that this Court enter an Order:

(a) Granting this Motion;

(b) Authorizing Robert A. Kerr, Esq., and the law firm of Kerr Law, P.C., and Leonard Feuer, Esq., and the law firm of Leonard Feuer, P.A., to withdraw as counsel of record for Plaintiff Castilla;

(c) Relieving Robert A. Kerr, Esq., and the law firm of Kerr Law, P.C., and Leonard Feuer, Esq., and the law firm of Leonard Feuer, P.A. of any and all further obligations on behalf of Plaintiff Castilla in this action;

(d) Providing Plaintiff Castilla with at least forty-five (45) days to retain successor counsel before any additional pretrial deadlines are imposed upon him;

(e) Directing that all future pleadings, motions, discovery, and any and all other communications concerning this matter be sent to Rolando Castilla, 3840 Lyons Road, Coconut Creek, FL  33073, telephone number (754) 779-0310, E-mail Address casdilla55@hotmail.com, until such time as successor counsel enters an appearance; and

(f) Awarding such other and further relief as this Court deems just and proper.

**CERTIFICATE OF COUNSEL**

Plaintiff's counsel conferred with opposing counsel regarding the intent to file this motion. Defendant's counsel was unopposed to counsel withdrawing from this case, but are opposed to granting a forty-five (45) day extension to allow Plaintiff Castilla the opportunity to retain successor counsel before any additional pretrial deadlines are imposed upon him.

**KERR LAW, P.C.**

/s Robert Andrew Kerr
Robert Andrew Kerr, Esq.
Florida Bar No. 48761
P.O. Box 211006
Augusta, GA  30917
Telephone:    (706) 564-7243
Facsimile:     (706) 262-4426
Robert@KerrLawPC.Com

Leonard Feuer, Esq.
Leonard Feuer, P.A.
301 Clematis Street
Suite 3000
West Palm Beach, FL  33401-4609
Telephone:    (561) 659-1360
Facsimile:     (561) 249-4100
LFeuer@FeuerLawFirm.Com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served via the Court's CM/ECF system this 21st day of December, 2011, on the following:

Jennifer A. Mansfield, Esq.
50 North Laura Street

Suite 3900
Jacksonville, FL  32202
Jennifer.Mansfield@hklaw.com

Timothy J. Conner
Holland & Knight
50 North Laura Street
Suite 3900
Jacksonville, FL 32201
timothy.conner@hklaw.com

        /s Robert Andrew Kerr
        Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:11-cv-62086-JIC

ROLANDO CASTILLA,
an individual,

       Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA, a corporation,

       Defendant.
_____/

### ORDER GRANTING MOTION TO WITHDRAW BY ROBERT A. KERR, ESQ., OF KERR LAW, P.C., AND LEONARD FEUER, ESQ., OF LEONARD FEUER, P.A., AS COUNSEL FOR PLAINTIFF ROLANDO CASTILLA AND GRANTING RELIEF FROM THE SCHEDULING ORDER

**THIS MATTER** came before the Court upon the Motion to Withdraw by Robert A. Kerr of Kerr Law, P.C., and Leonard Feuer of Leonard Feuer, P.A., as Counsel for Plaintiff Rolando Castilla, and after considering the Motion to Withdraw, and otherwise being duly advised in the premises and for good cause shown, **IT IS HEREBY ORDERED** that

1. The Motion to Withdraw is **GRANTED**.

2. Robert A. Kerr, Esq., and the law firm of Kerr Law, P.C., and Leonard Feuer, Esq., and the law firm Leonard Feuer, P.A., are hereby withdrawn as counsel of record for Plaintiff Rolando Castilla.

3. Robert A. Kerr, Esq., and the law firm of Kerr Law, P.C., and Leonard Feuer, Esq., and the law firm Leonard Feuer, P.A., are hereby relieved of any and all further obligations on behalf of Plaintiff Rolando Castilla in this action.

4. Plaintiff Rolando Castilla is hereby granted forty-five (45) days to retain successor counsel before any additional pretrial deadlines are imposed upon him.

5. All future pleadings, motions, discovery, and any and all other communications concerning this matter shall be sent to Rolando Castilla, 3840 Lyons Road, Coconut Creek, FL  33073, until such time as successor counsel enters an appearance.

**DONE** and **ORDERED** in Chambers at Fort Lauderdale, Florida this ____ day of December, 2011.

_____
The Honorable James I. Cohn
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Jennifer A. Mansfield, Esq.
50 North Laura Street
Suite 3900
Jacksonville, FL  32202
Jennifer.Mansfield@hklaw.com

Timothy J. Conner
Holland & Knight
50 North Laura Street
Suite 3900
Jacksonville, FL 32201
timothy.conner@hklaw.com

Rolando Castilla
3840 Lyons Road
Coconut Creek, FL  33073