UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62086-CIV-COHN/SELTZER

ROLANDO CASTILLA,
an individual,

        Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH
PENNSYLVANIA, a corporation,

        Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon Defendant National Union Fire Insurance Co. of Pittsburgh, PA's Motion for Summary Judgment [DE 68] and Motion to Exclude Expert Witnesses [DE 72], filed on May 9, 2012.  Plaintiff Rolando Castilla has not filed a response to either motion, and the deadline for responding has passed.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff shall **SHOW CAUSE** on or before **June 6, 2012** why Defendant's Motion for Summary Judgment [DE 68] and Motion to Exclude Expert Witnesses [DE 72] should not be granted.  **Failure to respond to this Order by June 6, 2012 may result in the motions being granted by default.**  It is further

**ORDERED AND ADJUDGED** that counsel for Defendant is directed to serve a copy of this Order on Plaintiff immediately.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 31st day of May, 2012.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* party via CM/ECF regular mail