UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62086-CIV-COHN/SELTZER

ROLANDO CASTILLA,
an individual,

      Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH
PENNSYLVANIA, a corporation,

      Defendant.

_____/

## **FINAL JUDGMENT**

**THIS CAUSE** is before the Court upon the separately entered Order Granting Defendant's Motion for Summary Judgment [DE 104]. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendant National Union Fire Insurance Co. of Pittsburgh, Pennsylvania and against Plaintiff Rolando Castilla on Plaintiff's Second Amended Complaint [DE 29]. On this claim, Plaintiff shall take nothing from Defendant.

2. Judgment is hereby entered in favor of Defendant National Union Fire Insurance Co. and against Plaintiff Rolando Castilla on Defendant's Counterclaim [DE 34]. On this counterclaim, Defendant shall recover from Plaintiff its reasonable attorneys fees and costs incurred as a result of defending Plaintiff's claims in this lawsuit.

4. Defendant's counsel shall file an affidavit of the reasonable attorneys fees and costs incurred in defending Plaintiff's claims in this lawsuit on or before **July 26, 2012**.

5. Any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 27th day of June, 2012.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* party via CM/ECF regular mail