UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62086-CIV-COHN/SELTZER

ROLANDO CASTILLA,
an individual,

       Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH
PENNSYLVANIA, a corporation,

       Defendant.
_____/

## ORDER AWARDING ATTORNEY'S FEES AND COSTS

**THIS CAUSE** is before the Court upon the Affidavit of Defendant's Counsel, Jennifer A. Mansfield [DE 106-1] ("Affidavit") filed in support of an award of attorneys' fees and costs.[1]  The Court has considered the Affidavit and the record in this case, and is otherwise fully advised in the premises.

On June 27, 2012, the Court entered an Order Granting Defendant's Motion for Summary Judgment [DE 104] and a Final Judgment [DE 105] in favor of Defendant and against Plaintiff on Plaintiff's Second Amended Complaint [DE 29] and Defendant's Counterclaim [DE 34].  The Final Judgment ruled that, "[o]n th[e] counterclaim, Defendant shall recover from Plaintiff its reasonable attorneys fees and costs incurred as a result of defending Plaintiff's claims in this lawsuit," and directed Defendant's counsel to file an affidavit of the reasonable attorney's fees and costs incurred in defending Plaintiff's claims.  Final Judgment at 1-2.  On July 26, 2012, Defendant's

---

[1] Plaintiff has not filed any objections to the Affidavit, and the time for objecting has passed.

counsel filed the instant Affidavit.

In the Affidavit, Defendant's counsel seeks $256,918.50 in attorney's fees and $17,390.63 in costs. Affidavit ¶¶ 3, 4. The Affidavit explains the hourly rate and credentials for each attorney, consultant, and paralegal who worked on this case, id. ¶¶ 5-10, and attaches detailed billing records [DE 106-2] regarding the hours worked. The Affidavit also totals the costs incurred, Affidavit ¶¶ 15-19, and attaches documentation for these costs [DE 106-3].

Upon review of the Affidavit, all exhibits, the record in this case, and the argument set forth by counsel in the Affidavit, the Court finds the requested amount to be reasonable. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant National Union Fire Insurance Company of Pittsburgh Pennsylvania shall recover from Plaintiff Rolando Castilla the sum of $274,309.13 (consisting of $256,918.50 in attorney's fees and $17,390.63 in costs), plus interest thereon at the rate of 0.21% per annum from June 27, 2012, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 15th day of August, 2012.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* parties via CM/ECF regular mail